## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.L. GORE & ASSOCIATES, INC.,<br><br>               Plaintiff,<br>v.<br><br>CHARLES THOMAS ROSENMAYER, Ph.D.,<br><br>               Defendant. | C.A. No. 08-00177 |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Mary Kay Brown and Antoinette R. Stone of Brown Stone Nimeroff LLC to represent the defendant, Charles Thomas Rosenmayer, in this matter.

In accordance with the Standing Order for District Court Fund, the annual fee of $25 per attorney is forwarded with this motion.

                                          BROWN STONE NIMEROFF LLC

                                          /s/ Jami B. Nimeroff
                                          Jami B. Nimeroff, Esquire (No. 4049)
                                          4 East 8th Street, Suite 400
                                          Wilmington, DE 19801
                                          Tel: (302) 428-8142
                                          Fax (302) 351-2744

                                          *Attorneys for Defendant*
                                          *Charles Thomas Rosenmayer Ph.D.*

Dated: April 1, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Mary Kay Brown and Antoinette R. Stone is granted.

Date: _____, 2008

                                          _____
                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Mary Kay Brown, certify that I am eligible for admission

to this Court, am admitted, practicing and in good standing as a member of the Bars of the

Supreme Court of the Commonwealth of Pennsylvania and the State of New Jersey and pursuant

to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.


Date: ___4/1/08___


Mary Kay Brown, Esquire
Brown Stone Nimeroff LLC
1818 Market Street, Suite 2300
Philadelphia, PA  19103
Tel: (267) 861-5330
Fax (267) 350-9050

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Antoinette R. Stone, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: _4/1/08_

Antoinette R. Stone, Esquire
Brown Stone Nimeroff LLC
1818 Market Street, Suite 2300
Philadelphia, PA 19103
Tel: (267) 861-5330
Fax (267) 350-9050

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Martin S. Lessner, Esquire
Young Conway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899
(302) 571-6698
Email: mlessner@ycst.com

**BROWN STONE NIMEROFF LLC**

/s/ Jami B. Nimeroff
Jami B. Nimeroff, Esquire (No. 4049)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8142
*Attorneys for Defendant*
*Charles Thomas Rosenmayer, Ph.D.*