IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.L. GORE & ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-cv-177 |
| | ) |
| CHARLES THOMAS ROSENMAYER, | ) |
| PHD., | ) |
| | ) |
| Defendant. | |

### PLAINTIFF'S MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF CHARLES F. KNAPP AND JULIE M. GIDDINGS

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves the admission *pro hac vice* of Charles F. Knapp, Esquire and Julie M. Giddings, Esquire, to represent the Plaintiff, W.L. Gore & Associates, Inc., in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Martin S. Lessner*
Martin S. Lessner, Esquire (No. 3109)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6698; (302) 571-6553
Facsimile: (302) 576-3309; (302) 576-3470
mlessner@ycst.com; mstafford@ycst.com

Attorneys for Plaintiff W.L. Gore & Associates, Inc.

Dated: April 2, 2008

It is HEREBY ORDERED that the motion is GRANTED, and that the foregoing attorneys are admitted *pro hac vice*.

Date: _____, 2008          _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ *Charles F. Knapp*
Charles F. Knapp
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
CKnapp@faegre.com

Dated: April 2, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ *Julie M. Giddings*
Julie M. Giddings
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
JGiddings@faegre.com

Dated: April 2, 2008