AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the

DISTRICT OF      DELAWARE

W.L. GORE & ASSOCIATES, INC.,

        Plaintiff,

    v.

CHARLES THOMAS ROSENMAYER PHD.,

        Defendant.

**SUMMONS IN A CIVIL CASE**
**PURSUANT TO 10 DEL. C. § 3104**

CASE NUMBER: 08-177-UNA

TO:    Charles Thomas Rosenmayer, PhD.
        c/o Secretary of State
        Division of Corporations
        John G. Townsend Building
        401 Federal Street, Suite 4
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Martin S. Lessner (No. 3109)
        Michael P. Stafford (No. 4461)
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        P. O. Box 391
        Wilmington, DE 19899-0391

an answer to the complaint or motion which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, under Rule 12 of the Federal Rules of Civil Procedure. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK     PETER T. DALLEO          DATE    4/2/08

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 2, 2008 |
| NAME OF SERVER (PRINT) Bryan Steilkie | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Charles Thomas Rosenmayer, PHD by Serving the Delaware Secretary of located at 401 Federal Street Dover DE 19901. Service accepted by Hilary Webb at 4:08 p.m.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/2/08
            Date

Signature of Server

15 East North Street Dover DE 19901
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.