IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| W.L. GORE & ASSOCIATES, INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 08-117-UNA |
| | ) | |
| CHARLES THOMAS ROSENMAYER, Ph.D., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) plaintiff hereby voluntarily dismisses this action without prejudice.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Martin S. Lessner*
Martin S. Lessner, Esquire (No. 3109)
Michael P. Stafford, Esquire (No. 4461)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6698; (302) 571-6553
Facsimile: (302) 576-3309; (302) 576-3470
mlessner@ycst.com; mstafford@ycst.com

Attorneys for Plaintiff W.L. Gore & Associates, Inc.

Dated:  April 7, 2008